dahl, *Andrew F. Oehmann,* and *Archibald Cox* for the United States.

No. 122. KRAVITZ *v.* STATE OF NEW YORK. October 19, 1942. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. Jacob W. Friedman* for petitioner.

No. 199. CRAIN ET AL., TRUSTEES, *v.* UNITED STATES. October 19, 1942. Petition for writ of certiorari to the Court of Claims denied. *Mr. Geo. E. H. Goodnér* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* for the United States.

No. 337. TOKATYAN *v.* CHOPNICK. October 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Benjamin Pepper* for petitioner. *Mr. Benjamin Howe Conner* for respondent.

No. 343. THOMPSON *v.* GEORGIA. October 19, 1942. Petition for writ of certiorari to the Court of Appeals of Georgia denied. *Mr. Thomas Howell Scott* for petitioner.

No. 346. STONEWALL COTTON MILLS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. October 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. William H. Watkins* and *P. H. Eager, Jr.* for petitioner. *Solicitor General Fahy* and